**Exhibit A to the Complaint**

**Location:** Verona, NJ  
**Total Works Infringed:** 63

**IP Address:** 73.196.73.238  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 04-20-2021 14:12:36 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 2 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 04-13-2021 05:34:34 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 3 | Info Hash: 98D47117A72654E4883F786941BDFC562FBE560C<br>File Hash: 6B5735782244AF4806220390B897633BD191816EC0BFCAA7506BF9BF851E8DB8 | 04-08-2021 12:02:36 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 4 | Info Hash: CAD2388E786E437EEE834DDA1CD00334D0493455<br>File Hash: 07773246F915A5C952F61A22B1C3EDE55CDD96DEAE60F15D77DD45666429EE3A | 04-07-2021 14:13:56 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 5 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-01-2021 14:18:33 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 6 | Info Hash: AB2C2652EC78AC4AD337CC03DF87E970DCED6443<br>File Hash: 683477604B6866670CDAAB2222FCEA8A692B922686AC757B530C8F89E99CAC64 | 04-01-2021 14:16:27 | Blacked | 06-04-2017 | 07-07-2017 | PA0002070826 |
| 7 | Info Hash: 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2<br>File Hash: 2E108248BED7DD0424B39FFE847FF76507A2EF9A94EB2309D104070A25608180 | 04-01-2021 14:13:48 | Blacked | 02-14-2018 | 03-02-2018 | PA0002104757 |
| 8 | Info Hash: DD7D9795E444F4A6C88F770090690E10B003073E<br>File Hash: 7A54C431B03EF40343B74D55875C35757C5E8AB7D71DB14BA1EBC7282381C12B | 03-25-2021 10:58:38 | Blacked Raw | 10-09-2019 | 11-05-2019 | PA0002210286 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 03-25-2021 10:43:00 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 10 | Info Hash: 5E096E8A4463655085C9745951AEEF0AE470964D<br>File Hash: 404B8781248484E77ED3A53F18075DAC3AA48B8C4EAF749FF468156D47211A77 | 03-25-2021 10:33:42 | Blacked Raw | 05-18-2020 | 06-08-2020 | PA0002243644 |
| 11 | Info Hash: C8FCB72512181DEBF68798064F57215F137CC369<br>File Hash: 7D77CD89BDDD5175B6C5775155ABE6765DBCC8D9D3D09DB4A285FF43F55D7EB8 | 03-22-2021 17:06:09 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 12 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 03-22-2021 17:02:54 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 13 | Info Hash: 0DEB934FF7CF07C6337C6CEDE532EBA8F101318D<br>File Hash: AA09EBD0C9D8E4F3C56E2E7CCBCADA8EDA91DBFA74FCA014FAAC5E639B6CC729 | 03-22-2021 17:02:42 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 14 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 03-01-2021 13:51:15 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 15 | Info Hash: AB680670C2B3056DD3F1F0F46DCBC9F41F6495E4<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 03-01-2021 13:36:49 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 16 | Info Hash: 5F686E0618BE3E4B271B6D69151098DC11B29F45<br>File Hash: CE89D3CAB34C7A0CE0E491E0F63EE4A94CD12EB47768D364C0CF318BC5C29499 | 03-01-2021 13:34:29 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 17 | Info Hash: A4F82BF3ACF8D31161829022CDFA042724D88246<br>File Hash: 8E9891EFB7628408C6308B20B7935CD16B11A13EE83060B3FB0390A7A3785682 | 03-01-2021 13:31:46 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 170E72D0521DC7A90CCA09CE4CC99133002C8064<br>File Hash: 9AB9674A5D76CB6F13BAA7CCC965E9936B8CBF3F1D41210FC2B1364ACA342A6B | 03-01-2021 13:26:55 | Blacked Raw | 06-21-2019 | 08-27-2019 | PA0002213241 |
| 19 | Info Hash: 48CB4C30D04660582C75639C2DCC4DCAD30E4C38<br>File Hash: 7076A3FC2E6C1EB640EB00D981D0B089F53A78229A26DFB02936B0078A9EE169 | 03-01-2021 13:21:16 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 20 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 02-19-2021 20:01:06 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 21 | Info Hash: 6A9595B7BC43E798EE6C495FB4E4C1C28D103DFF<br>File Hash: 0FAF1BD84DD1F1005497AEDDD3649804BE5D96D2155FEAA6E209723885F72F4C | 02-19-2021 18:31:49 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 22 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 02-19-2021 17:40:28 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 23 | Info Hash: 2862FA0426C54DF5E65C7A671C2FAC7887418C6F<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 02-19-2021 16:51:25 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 24 | Info Hash: 6D1A75568F5FD969F309E9D3B4962D54EE537DBE<br>File Hash: 8819078D096F48944410216299128FB551BC6F20DB984F5D6559FD8D3553BAB9 | 02-19-2021 15:29:12 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 25 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 02-19-2021 15:08:08 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 26 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 02-19-2021 14:58:07 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 67240CE0F42C9777588909086239ABE908B5030A<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-19-2021 14:48:12 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 28 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash: 3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 02-19-2021 14:46:34 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 29 | Info Hash: AE7CFE431BC4E933E92E11032C25A67D4CA61B79<br>File Hash: F638DC8E8853C8CF9176D97CB6027BDD2DBDB470C7EF8A8C9BECCCEB3A4B6104 | 02-19-2021 14:36:24 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 30 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 02-19-2021 14:33:57 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 31 | Info Hash: A19FBD9C5C79A4A9B580431608E41CC80E3C8B96<br>File Hash: B29E4EA8C29833057854DAFB738624AB50CC2DF9643A694B9247E1DAB08D2BE6 | 02-19-2021 14:28:11 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 32 | Info Hash: E16BF2312FEAFFDA0DFD45F8DEC8F8D38281D1D4<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-19-2021 14:27:31 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 33 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 02-14-2021 15:49:06 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 34 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 02-14-2021 15:42:51 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 35 | Info Hash: 11317BD69D7E2FE51E3BDDC1C53B65643242CB9C<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 01-26-2021 06:53:18 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A098525E9AFF43231A7DF6BB8EBAE6B031BEA699<br>File Hash: 24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 01-19-2021 21:16:39 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 37 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 01-12-2021 20:18:44 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 38 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash: 942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 01-09-2021 14:39:23 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 39 | Info Hash: 93B327A8C48936A0E4EE9E25BA5D92239B7F914E<br>File Hash: 00569396D8A24122745102BDD317673CF22263E245479FF762519E19B818C9C2 | 01-09-2021 14:12:27 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 40 | Info Hash: 44879CA5156C6B94FAB93A6D4FD160ABB8689D82<br>File Hash: 8813814E8DF5A47074C41B0A60494F957BB41B4C3FE7226DA5AE46719DE78A69 | 12-31-2020 07:06:06 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 41 | Info Hash: 9A235A3B173EBC1924784B571FA2EE9C3E96B4CF<br>File Hash: 44FFB5B48EEC7B77914F5565089A5C9650E0698BE8DF1E4EE2D3E885B18B6764 | 12-31-2020 06:02:41 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 42 | Info Hash: EEAAE54461309F061A38546F50819E572E7D3688<br>File Hash: CB13D7EE042E3AD1AF02100A97AB996D978F3943D488E391B8C9ABA38D843BFC | 12-31-2020 03:58:41 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 43 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash: E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 12-31-2020 03:58:28 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 44 | Info Hash: 65613D2D97674DE680240229EA723605A88DDD13<br>File Hash: 4036513009E3F80756146CCC2278A5B10D4427A732689037B1275FDD8995EC8E | 12-31-2020 03:58:23 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 12-31-2020 03:58:05 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 46 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 12-31-2020 03:55:39 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 47 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 12-31-2020 03:45:37 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 48 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 12-31-2020 03:45:09 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 49 | Info Hash: 42F4FC72BFE526D9442ABCD62F01232B062FAF12<br>File Hash: 70D50A2F962E9E69D64450F1255A37496A84DC51CBC070FC62FD9604E9F44960 | 12-31-2020 03:43:56 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 50 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12-31-2020 03:43:50 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 51 | Info Hash: 86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash: 58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 12-31-2020 03:42:24 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 52 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 12-26-2020 21:51:13 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 53 | Info Hash: 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5<br>File Hash: 7483CFAD2ABCB5652EA25BEFA703766A4EB32441025CDB9F4198CD1A77E0DB3F | 12-26-2020 21:43:37 | Blacked | 04-30-2018 | 05-24-2018 | PA0002101364 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B  File Hash: 5C6EE52299123D1519B27DD2EE8DDA90B5CC1C439DC0C8E8EBC0B3FA89B8681A | 12-26-2020 21:43:28 | Blacked | 07-04-2019 | 08-27-2019 | PA0002213242 |
| 55 | Info Hash: 569B2699E6608A00782FF580A440633E4123CFED  File Hash: 06195E5701577DEC924C708557DA26CE80A835ED0F2CD77D1806CBA327B89056 | 12-26-2020 15:28:33 | Vixen | 11-30-2018 | 12-18-2018 | PA0002141918 |
| 56 | Info Hash: 78B6BAB74E6F275F5445946BF7AC8EB0B7E51405  File Hash: 3EB0BCD81FB77FD0F45D2DD9D525E08BC5EC1FB781CB62A21BD70DEB22C39350 | 12-26-2020 15:20:06 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |
| 57 | Info Hash: 4E79385B8DAE3CD4CC334C13F109852722B4F577  File Hash: ADA7E80EA6EA1B7ABF7D3F9E7268C86760CB34B8104C601B8CF5325577231677 | 12-26-2020 15:15:49 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 58 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F  File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12-24-2020 11:43:15 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 59 | Info Hash: 07EFF136CA2B52EAC1DEA2FC2681807F55168819  File Hash: 70EE07188744706B2FF4109434A6D34023BDC09A290E71F897306F11B225116F | 12-24-2020 10:12:17 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 60 | Info Hash: 23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1  File Hash: 3DA5CEB1E2331B505481C38046515105224F4DBBA22196663E8B26FDDBA4A8E7 | 12-24-2020 10:10:14 | Vixen | 03-20-2019 | 04-17-2019 | PA0002186982 |
| 61 | Info Hash: 9C80B087C925D30BA01F72FC0EAABD8EAADF588A  File Hash: 6B5DA385F81A777EE12E85036DA75583C5E8E489C435CE37C469E9E0EB289336 | 12-19-2020 17:56:50 | Blacked | 08-18-2017 | 10-10-2017 | PA0002086146 |
| 62 | Info Hash: F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD  File Hash: 8D4F97C4D42441372872A9B38EED6DD63FA53A39C2FEC53A1469AA10F9874617 | 12-19-2020 13:01:08 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 12-18-2020 14:21:38 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |